Opinion approved by the Court.

### STATE v. KLEIN et al.
### No. 24756.

Court of Criminal Appeals of Texas.
March 15, 1950.

**810**

S. L. Gill, Raymondville, for appellant.

Lyle V. Timmins, Raymondville (representing the State by appointment), George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

It appears from the motion filed herein by our State's Attorney that the matters complained of have been remedied to the satisfaction of the State; that respondent is now only exercising the powers granted to him by Article 768, Vernon's Ann.C.C.P.; and that the question originally presented herein has become moot.

The State's motion is granted and this cause is hereby dismissed.